McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

2005 JUN 10 A 8:06

CLERK, US DIST. COURT
EASTE...   ...  CALIF
A.......O
BY_____
          DTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. MG-F-03-2165 |
| ) | |
| Plaintiff, ) | MOTION AND ORDER FOR DISMISSAL |
| ) | OF COMPLAINT |
| v. ) | |
| ) | |
| RAUL LEON, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby moves at the request of the Federal Bureau of Investigation to dismiss the complaint in the above-entitled case for unlawful flight to avoid prosecution for murder, in the interest of justice and without prejudice, based on the decision of the Tulare County District Attorney's Office not to pursue extradition of the defendant located in Mexico.

///
///
///
///

1

1 | DATED: June 8, 2005                                    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By/s/Dawrence W. Rice, Jr.
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney

## ORDER

IT IS ORDERED that the Complaint against the defendant in the above-entitled case be dismissed without prejudice, and the federal warrant for his arrest thereon be recalled.

DATED: June 10, 2005

ANTHONY W. ISHII
United States District Judge

2