```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG-F-03-2165 |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER FOR DISMISSAL |
| | ) | OF COMPLAINT |
| v. | ) | |
| | ) | |
| RAUL LEON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint for Unlawful Flight to Avoid Prosecution herein against Raul Leon, in that defendant has been apprehended.

DATED: July 21, 2005                         Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

                                             By /s/ Jonathan B. Conklin
                                                JONATHAN B. CONKLIN
                                                Assistant U.S. Attorney

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed and that the warrant issued be recalled.

IT IS SO ORDERED.

**Dated:   July 22, 2005**                   /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE

1